STODDARD v. HAYS *et ux.*

*Appeal from Louisa District Court.*

FRIDAY, JANUARY 10, 1862.

THE material facts are stated in the opinion of the court.

BALDWIN, C. J.—The complainant seeks to redeem certain real estate sold under a mortgage, executed by Burris

and wife, to defendant. Stoddard, subsequent to the date of said mortgage obtained a judgment against Burris, but prior to the sale under the foreclosure. Upon the authority of *Kramer* v. *Rebman*, 9 Iowa 115, neither the mortgagor nor his judgment creditor can redeem after a sale of such a foreclosure. The decree of the District Court is therefore reversed.

*Jacob Butler* for the appellants.

No appearance for the appellee.